# IN THE SUPREME COURT OF THE STATE OF NEVADA

WENDY WOOD; AND DOREEN ARMIJO,

Appellants,

vs.

KELLI LYNN CAVEN,

Respondent.

No. 67798

FILED

MAR 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER VACATING SANCTION AND DISMISSING APPEAL*

On December 30, 2015, we entered an order conditionally imposing sanctions against counsel for appellants for their failure to file the opening brief and appendix. We directed counsel to each pay the sum of $250 to the Supreme Court Law Library by January 14, 2016. However, the sanction would be automatically vacated if appellants filed and served the opening brief and appendix by January 11, 2016. On February 2, 2016, appellants filed a letter advising that the parties have reached a settlement as well as a notice of settlement requesting that this appeal be dismissed and the conditional sanction vacated.

Despite the untimeliness of the response, we grant the motion. The conditional sanction imposed on December 30, 2015, is vacated and this appeal is dismissed. However, we remind counsel for appellants that they are not at liberty to disregard orders from this court. *Weddell v. Stewart*, 127 Nev. Adv. Op. 58, 261 P.3d 1080, 1085 (2011). In the future, if an extension of time is needed to file a document, counsel must file a

16-09506

motion for an extension of time no later than the due date for the brief. NRAP 31(b)(3).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jerry A. Wiese, District Judge
       Persi J. Mishel, Settlement Judge
       Cloward Hicks & Brasier PLLC
       Richard Harris Law Firm
       Emerson & Manke, LLP
       Eighth District Court Clerk
       Supreme Court Law Librarian